United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:12-cv-04794 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER SHOW CAUSE** |
| v. | |
| ARTEMIO ESPINOZA HERNANDEZ, et. al., | |
| Defendant(s). | |

Having reviewed the statement filed by Plaintiff (see Docket Item No. 18) and good cause appearing therefor, the hearing on the Order to Show Cause previously scheduled for June 14, 2013, is CONTINUED to **July 19, 2013, at 10:00 a.m.** On or before **July 12, 2013**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **July 12, 2013.**

**IT IS SO ORDERED.**

Dated: June 11, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-04794 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE